UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HECTOR HERNANDEZ-GARCIA,<br><br>　　　　Defendant. | CASE NO. MJ 20-243<br><br>DETENTION ORDER |

<u>Offense charged</u>:　　Possession of Methamphetamine with Intent to Distribute; Unlawful Possession of a Firearm by a Prohibited Person; Re-Entry of a Removed Alien/Re-Entry After Deportation

<u>Date of Detention Hearing</u>:　May 21, 2020.

　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is a native and citizen of Mexico without legal status in the United States. He has previous immigration violations. His criminal record incudes failures to appear. He is associated with alias names, dates of birth and social security numbers. Defendant was not interviewed by Pretrial Services and his background information is unknown or unverified. He does not contest detention.

2. Defendant poses a risk of nonappearance based on his use of alias names and identifiers, history of failures to appear, non-compliance and commission of new offenses while on supervision, pending charges, active warrant, active Immigration detainer, unknown or unverified background information, and he is a citizen of Mexico with no immigration status in the United States. Defendant poses a risk of danger based on the nature of the instant offense, criminal history, protection order, history of non-compliance, and commission of new offenses while on terms of supervision.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the

defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 21st day of May, 2020.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3