CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-089-RSM |
| Plaintiff, | |
| v. | ORDER GRANTING THE UNOPPOSED MOTION TO PROCEED WITH GUILTY PLEA HEARING |
| HECTOR HERNANDEZ-GARCIA, | |
| Defendant. | |

THE COURT has considered the unopposed motion to proceed with guilty plea hearing by teleconferencing and the files and records herein. The court finds that delays in the ultimate disposition of this case would result in serious harm to the interest of justice

Therefore, the Court GRANTS the motion and orders the parties to schedule a teleconference plea hearing.

DONE this 18th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Hector Hernandez-Garcia

*/s/ Cecelia Gregson*
Assistant United States Attorney
by email authorization

ORDER GRANTING THE UNOPPOSED MOTION TO PROCEED WITH GULTY PLEA HEARING
(*USA v. Hernandez-Garcia* / CR20-089-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100